Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 410
Los Angeles, CA  90025
T: (323) 988-2400; F: (888) 755-0945
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
YVETTE OTERO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

JS-6

| | |
|---|---|
| YVETTE OTERO, | ) Case No.: **2:11-cv-00950-PA -JC** |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE OF ENTIRE** |
| ALLIED INTERSTATE, INC., | ) **ACTION** |
| | ) |
| Defendant. | ) |

WHEREAS, Plaintiff Yvette Otero ("Plaintiff") and Defendant Allied

Interstate, Inc. ("Defendant") have settled this action in its entirety;

WHEREAS, Plaintiff and Defendant, through their counsel of record,

stipulated pursuant to Federal Rule of Civil Procedure 41(a), that the above-

captioned action shall be dismissed ***with prejudice*** in its entirety, with Plaintiff and

Defendant to each bear its own costs and attorneys' fees; and

WHEREAS, it appears to the Court that the terms of the stipulation are

proper, and upon good cause showing,

- 1 -

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, with Plaintiff and Defendant to each bear its own costs and attorneys' fees.

DATED: <u>4/22/11</u>

By_____

United Stated District Judge

US_ACTIVE-106059379.1

- 2 -

ORDER OF DISMISSAL WITH PREJUDICE